IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **In re ACCEPTANCE INSURANCE** | ) | **8:99CV547** |
| **COMPANIES, INC., SECURITIES** | ) | |
| **LITIGATION.** | ) | **ORDER** |

    This matter is before the court on the "Notice of Withdrawal" (#282) filed on behalf of defense counsel Matthew J. Cannon. The court construes the notice as a motion for leave to withdraw as defense counsel. *See* NEGenR 1.3(f). The record shows the defendant continues to be represented by other counsel.

    **IT THEREFORE IS ORDERED** that the Notice of Withdrawal (#282), construed as a motion for leave to withdraw, is granted. The Clerk shall terminate Mr. Cannon's appearance and shall remove Mr. Cannon from the distribution list for this case.

    **DATED August 5, 2005.**

                                     **BY THE COURT:**

                                     **s/ F.A. Gossett**
                                     **United States Magistrate Judge**